CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail:  cmay@tharpe-howell.com
E-Mail:  abreuer@tharpe-howell.com

Attorneys for Defendant,
DOLLAR TREE STORES, INC.

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BURBRIDGE,<br><br>              Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.; and<br>DOES 1 To 100, Inclusive,<br><br>              Defendants. | Case No.: 3:22-CV-00361 JAH RBB<br>*[San Diego County Superior Court Case*<br>*No.: 37-2022-00006745-CU-PO-CTL]*<br><br>**JOINT MOTION FOR VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**SETTLEMENT**<br><br>Complaint Filed:  February 22, 2022 |

///

///

///

///

///

///

///

///

///

///

///

///

- 1 -

**JOINT MOTION FOR VOLUNTARY DISMISSAL**
**PURSUANT TO SETTLEMENT**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the terms of the Settlement and Release Agreement signed by plaintiff VERONICA BURBRIDGE and approved by her counsel of record, the parties, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action, in its entirety, with each party to bear its own costs, including attorney fees.

Dated:  April 19, 2022

LAW OFFICES OF BARBARA B. SAVAGLIO

By: _/s/ Barbara B. Savaglio_
_____
BARBARA B. SAVAGLIO
Attorneys for Plaintiff,
VERONICA BURBRIDGE

Dated:  April 19, 2022

THARPE & HOWELL, LLP

By: _/s/ Andrea Breuer_
_____
CHARLES D. MAY
ANDREA BREUER
Attorneys for Defendant,
DOLLAR TREE STORES, INC.

***Pursuant to CASD ECF Policies and Procedures 2(f)(4), Andrea Breuer the filer of this document, attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.***

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**JOINT MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

Burbridge v. Dollar Tree Stores, Inc.
Case No.: 3:22-CV-00361 JAH RBB

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

## JOINT MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Barbara B. Savaglio, Esq.<br>LAW OFFICES OF BARBARA B.<br>SAVAGLIO<br>2727 Camino Del Rio South,<br>Suite. 100<br>San Diego, CA 92108<br>Tel: 619-696-9111<br>Fax: 619-298-2025<br>Email: savagliolaw@cox.net | Attorneys for Plaintiff,<br>VERONICA BURBRIDGE |
|---|---|

5.   a.   **X**   **BY ELECTRONIC TRANSMISSION**. By filing through the Court's CM/ECF system, which resulted in the generation of a Notice of Electronic Filing (NEF) confirming service on all registered CM/ECF users, including the person(s) listed above in item 4. Fed.R.Civ.P. 5(b)(2)(E), Southern District Local Rule 5.4.

**BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 4/19/2022 | Belinda A. Porras | *Belinda A. Porras* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

## JOINT MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

Burbridge v. Dollar Tree Stores, Inc.
Case No.: 3:22-CV-00361 JAH RBB

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221